# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Robert R., <br><br> Plaintiff(s), <br><br> v. <br><br> Frank Bisignano, <br><br> Defendant(s). | Case No. 2:24-cv-01858-NJK <br><br> **ORDER** <br><br> [Docket No. 17] |

Pending before the Court is a stipulation to award Plaintiff attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"), as well as costs pursuant to 28 U.S.C. § 1920. Docket No. 17. That stipulation was filed on December 30, 2025, which is 69 days after the Court ordered remand and entered judgment. *See* Docket Nos. 15, 16. The stipulation does not explain how it could be considered timely. *See* 28 U.S.C. § 2412(d)(1)(B) (requiring EAJA requests be made "within thirty days of final judgment in the action"); Local Rule 54-1(a) (requiring Section 1920 claim for costs to be filed "no later than 14 days after the date of entry of the judgment or decree"). Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED

Dated: January 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1